Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   08–23813 PM     Chapter:   13**

Christopher T Scott                                    Tanya M. Scott
Debtor(s)

### NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 3/17/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 3/17/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, E Quitoriano 301–344–3317